UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEANNE WILLIAMS-BARIFFE ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SPRINGFIELD INTERNATIONAL ) <br> CHARTER SCHOOL, JUSTIN BAKER, ) <br> DEREK CONWAY, BRENDAN DWYER, ) <br> ATU WHITE, ) <br>     Defendants. ) <br> ) | **3:24-CV-30084-KAR** |

## DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

Briefly, Defendants will address Plaintiff's new contentions from her Opposition. It is simply untrue that it is "unknown" why she was served with the no-trespass order, as it has been explained numerous times in this litigation and other litigation Ms. Bariffe has brought concerning the exact same topic.

In terms of legal claims, Plaintiff further establishes in her Opposition to Defendants' Motion to Dismiss that she is in fact attempting to litigate claims on behalf of her minor daughter *pro se*. She continues to make blanket assertions and complaints regarding the treatment of her daughter. Her various complaints about disciplinary hearings and treatment of her daughter at said hearings simply cannot be litigated by Ms. Bariffe in place of her daughter. For example, the January 24, 2024 due process hearing was for her daughter. She even goes on to admit that the complaint she filed about said hearing was "due to his micromanaging conduct of her student." (Pl. Opp. p. 4). By her own admission, her complaint is about the treatment of her minor daughter.

1

Further, Ms. Bariffe goes on to defend her language used in her emails to administrators, stating that they come from the Bible. Simply put, any person reasonably versed in the Bible knows that in contains plenty of language describing threats, punishment, and vengeance. Pulling a verse from the Bible does not give Ms. Bariffe carte blanche to make personal attacks against SICS's administrators and then expect no response because she used a "biblical expression."

On Page 8 of Ms. Bariffe's Opposition, she admits that a no-trespass order would be justified if she had "caused harm or inflicted injury on a member of the school community or threatened or intimidated school members through repeated loud and verbally abusive interactions with school staff or faculty, engaged in stalking, expressed threats or violent behavior, disrupts academic and administrative functions…" In fact, Ms. Bariffe has repeatedly done many of these things over the years. SICS has turned its cheek to Ms. Bariffe's erratic, intimidating and inciting behavior for years, and now that it has finally initiated a rightful consequence, while still allowing for parental involvement in the child's education, she seeks a court order to allow her to continue said behavior. It is indeed her own behavior, disruption, and intimidation that has landed Ms. Bariffe in this situation.

Finally, Ms. Bariffe has still failed to remedy her other procedural inadequacies, as she has not incorporated a proposed amended complaint of any variety. She has left the Defendants and This Court to decipher her own claims from the claims she attempts to bring on behalf of her daughter, fails to succinctly state her claims, and fails to set forth a singular set of circumstances.

As such, Defendants request that This Honorable Court dismiss Plaintiff's Complaint.

        Respectfully Submitted,
Defendants, Springfield International Charter School, Justin Baker, Derek Conway, Brendan Dwyer, Atu White,
By their attorneys,

*/s/ Ryan T. Allen*
Ryan T. Allen (BBO# 697167)
Kiernan Trebach LLP
40 Court Street, 3rd Floor
Boston, Massachusetts 02108
(617) 426-3900
rallen@kiernantrebach.com

Dated: 2/21/25

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on CM/ECF system.

*/s/ Ryan T. Allen*

Ryan T. Allen