UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEANNE WILLIAMS-BARIFFE,

  Plaintiff,

    v.

JUSTIN BAKER, et al.,

  Defendants.

Civil Action No. 24-30084-MGM

ORDER
November 3, 2025

MASTROIANNI, U.S.D.J.

Jeanne Williams-Bariffer ("Plaintiff"), proceeding *pro se*, filed this action against Springfield International Charter School ("SICS"), Justin Baker, Derek Conway, Brendan Dwyer, and Atu White ("Defendants"). (Dkt. No. 1).[1] On September 26, 2025, after denying earlier motions for injunctive relief, this court granted Defendants' motion to dismiss, denied Plaintiff's third motion for injunctive relief, and granted Plaintiff permission to file an amended complaint which cures the pleading deficiencies in the original complaint. (Dkt. No. 38.) Specifically, the court explained that the original complaint was unclear as to which particular defendant took which actions as well as which claims Plaintiff asserted against which defendants. (*Id.*) The court explicitly warned Plaintiff "that failure to file an amended complaint in compliance with this order by October 27, 2025 may result in dismissal of this action." (*Id.*)

Plaintiff has not filed anything in response to the court's order. Accordingly, the court hereby DISMISSES this action for failure to state a claim and failure to comply with the court's September 26, 2025 order. *See e.g., Tower Ventures, Inc. v. City of Westfield,* 296 F.3d 43, 46 (1st Cir.

---

[1] The individual defendants are officials at SICS.

2002) ("[D]isobedience of court orders, in and of itself, constitutes extreme misconduct (and, thus, warrants dismissal)[.]"); *Rosario-Diaz v. Gonzalez,* 140 F.3d 312, 315 (1st Cir. 1998) ("[A] litigant who ignores a case-management deadline does so at his peril.").

It is So Ordered.

/s/ Mark G. Mastroianni
MARK G. MASTROIANNI
United States District Judge