UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Jeanne Williams-Bariffe                )
    Plaintiff,                         )
                                            )
                                            )    Civil Action No. 24-cv-30084
                                            )
                                            )
    v.                                     )
                                            )
                                            )
Baker et al.,                             )
    Defendants,                        )


ORDER OF DISMISSAL
November 3, 2025


In accord with docket entry [38]. The court hereby ORDERS this matter

dismissed. The clerk is directed to close the case.


   IT IS SO ORDERED.


By the Court,


 /s/ *Mark G. Mastroianni*
Mark G. Mastroianni
U.S. District Judge