MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 60(b) MOTION FOR RECONSIDERATION/MOTION FOR RELIEF FROM JUDGEMENT

| UNITED STATES DISTRICT COURT | District |
|---|---|
| Case Name: Williams-Bariffe v. Justin Baker et. al | Civil Action No.: 24-30084 |

## MOTION

Now comes Jeanne Williams-Bariffe, Plaintiff in this case, I respectfully request the Court *Remove dismissal*: to order that the order for, or judgment of, dismissal that was entered November 3, 2025 be set aside, and that this case be restored to the court's calendar, for the reasons on page 2.

Any statements of fact made in this motion are made under the pains and penalties of perjury and based on information that I believe is true, and of my own personal knowledge.

| DATE 11/7/2025 | SIGNED *Jeanne Williams-Bariffe* 11/10/2025 | |
|---|---|---|
| PRINT NAME Jeanne Williams Bariffe | MAILING ADDRESS 127 Farnham Avenue, Indian Orchard/Springfield MA 01151 | PHONE NO. (347) 808-1114 |

| FOR JUDGE'S USE ONLY | | | | |
|---|---|---|---|---|
| After hearing | Without a hearing | this motion is | Allowed. | Denied. |
| DATE | JUSTICE X | | | |