**AFFIDAVIT FOR** JEANNE WILLIAMS-BARIFFE

United States District Court of Massachusetts
300 State Street
Springfield, MA 01105

**Subject:** Williams-Bariffe v. Justin Baker et. al. Case No.: 24-30084

Dear Honorable Judge Mastrionni,

I, Jeanne Williams-Bariffe, Plaintiff in this case, respectfully request that this Court reconsider its Order dated November 3, 2025 in the above-referenced case.

## CLINICAL BACKGROUND

1.  In 2006, doctors at Baystate Health Medical discovered an enlarged thyroid nodule during a pre-employment physical. Plaintiff was referred to an endocrinologist for follow up. Overtime during her follow-up treatment with her primary care endocrinologist Plaintiff's enlarged thyroid continued to grow, and began affect her swallowing.

2.  In 2011, Plaintiff made the decision to undergo surgery to remove the enlarged thyroid. October 2011, Plaintiff had a partial thyroid-lobectomy, post-operation follow up appointment, Plaintiff was diagnosed with "papillary follicular carcinoma (encapsulated)" with an 85% rate for survivorship. As of the results of biopsy the remaining thyroid nodule was also "invaded" and needed to be removed.

3.  In February 2012, Plaintiff underwent another surgery to remove the remaining thyroid nodule that where cancer was found.

4.  In April 2012, Plaintiff cancer treatment was successful but the long-term side effects of radioactive iodine cancer treatment affects the body's ability to produce red and white

blood cells and platelets. Plaintiff is on a thyroid supplement for the remainder of her life, diagnosis: hypothyroidism (underactive thyroid) post-thyroid cancer.

5. Having an underactive thyroid causes the following symptoms: feeling tired, weight gain, feeling cold, weakness and aches, hair loss, dry skin, depression, lack of concentration, constipation, heavy or irregular menses. Because thyroid problems increase with age, so the severity of the conditions is subjective, but lab work is objective.

6. In May 2025, Plaintiff began having medical problems with her thyroid hormone supplement medication, so she followed up with her endocrinologist who suggested that he increase her medication from 0.88mcg to 112 mcg, and follow up with blood work in June 2025. But in the mean time the Plaintiff continued to experience days of extreme tiredness for no reason, inability to concentration, dizziness, insomnia, low back pain, muscle weakness, and aches.

7. On September 2025, Plaintiff's unknown medical condition continued to worsen, so she scheduled a date to see her primary care doctor. On September 18th labs were order, included the following: CBC w/Auto Differential, Thyroid Stimulating Hormone w/Reflex to Free T4 and Free T3. Results: TSH levels were too low: Normal range: 0.40 – 4.00. Plaintiff's levels value <0.05 (**LOW**). Vitamin D 25 Hydroxy: Normal range: 30.0-80.0 ng/mL. Plaintiff's 18.4 (**LOW**). Please see Exhibit _A_ .

8. Plaintiff's low level of TSH and Vitamin D contributed to her extreme tiredness, muscle weakness, muscle aches, heart palpitations (bradycardia), tingling in arms and legs (peripheral neuropathy) lack of concentration, memory problems (brain fog), slowed thinking processing.

9. Plaintiff is currently under the supervision and care of her primary care physician until her condition improves. On October Plaintiff is scheduled to follow up TSH lab 6-8 weeks from September 18th 2025. Thyroid condition does impact one's cognitive abilities.

10. Plaintiff does not recall receiving an Order in September 2025 to submit or resubmit anything. Plaintiff does however remember submitting her objection to Defendant's dismissal of her case. Plaintiff would also like to also add, that she is not an attorney and has no experience in litigation without the assistance of an attorney/lawyer.

11. Plaintiff would also like to bring to the Courts attention that she has been doing her due diligence to retain an attorney for this matter. And she has yet to locate one that would even consider based on case load cap and financial strains.

12. Plaintiff is person with disabilities and would like to bring to the courts attention that it was due to her on-going chronic disabilities that she was unable, not unwilling to comply with the request which may have been Ordered. And it was not Plaintiff's intentions to be non-compliance, but her medical conditions symptoms slowed down her ability to function her normal activities of daily living tasks. She is also under the care of both her primary care and endocrinologist to help balance out her low TSH levels, Vitamin D deficiency, insomnia, exacerbated depression symptoms, and newly discovered hypertension condition. Please see Exhibit

13. In the interest of justice require reconsideration of this matter. The original decision was based on the Courts lack of knowledge of Plaintiff's past and current medical condition when the requests were made, and Order to Dismissal was issued.

**WHEREFORE,** the Plaintiff would ask that the Courts remove the dismissal and allow her more time to submit the judges request, as a reasonable accommodation under Title I of the

Americans with Disabilities Act of 1990 and 29 CFR §38.14 Reasonable Accommodation for

individuals with disabilities.

Respectfully Submitted,

**Signed under the pains and penalties.**

Jeanne Williams-Bariffe
127 Farnham Avenue
Springfield MA 01151
(347) 808-1114

# CERTIFICATE OF SERVICE

County of Hampden
State of Massachusetts

Date: November 8, 2025

I. **SERVER.** I, Jeanne Williams-Bariffe, Pro Se ("Server"), declare under penalties of perjury that the document(s) mentioned in Section II was delivered to the recipient mentioned in Section III and delivered in the manner mentioned in Section IV.

II. **DOCUMENTS.** The documents served are described as: Motion for Reconsideration/Remove Dismissal, Exhibits A and Motion to Impound.

III. **RECIPIENT.** The above-mentioned documents were delivered to:

a). **Counsel of All Defendant**(s): Ryan T. Allen, Esq.

b). **Address/Location**: Kiernan Trebach, 40 Court Street, Boston MA 02108

c). **Date of Mailing**: Saturday November 8, 2025

IV. **DELIVERY.** The Server sent the documents by electronic email and standard mail with 1st class postage.

V. **VERIFICATION.** I declare under penalty of perjury under the laws located in this State that the foregoing is true and correct.

**Sever's Signature**: _Jeanne Williams-Bariffe_ **Date**: 11/8/2025
**Print Name**: Jeanne Williams-Bariffe